## Philip De Rochbrune

*v.*

## The City of St. Paul et al.

This action was brought to remove a cloud upon plaintiff's title to certain lots in the city of St. Paul, occasioned by certain certificates issued by the Street Commissioners of the Third Ward of said city, in payment for building a sidewalk along the front of said lots, and the sale made to collect the same. The cause was tried before a referee, who reported in favor of the plaintiff, and judgment was entered pursuant thereto. The defendant removed the case to this court by writ of error.

*By the Court*—Wilson, Ch. J.—The referee in this case ordered judgment for the plaintiff on the sole ground that the neglect of the Street Commissioners to file the estimate of expense made void the assessment and subsequent proceedings. This is the very question passed upon in the case of *Griggs & Upham v. City of St. Paul, ante,* 308.

We, in that case, decided that the view taken by the referee of this question is not correct.

The judgment below is reversed.